**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>  Defendants. | No.  2:21-CV-2348-DMC-P<br><br><br><u>ORDER</u> |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 2. The Court has granted Plaintiff's motion by separate order.

  To:   Maguire Correctional Facility
        300 Bradford Street
        Redwood City, California 94063:

Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action. In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's inmate trust account. The agency referenced above is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of

1  $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

2              Accordingly, IT IS HEREBY ORDERED that:

3        1.    Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is
4  granted by separate order;

5        2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this
6  action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

7        3.    The director of the agency referenced above, or a designee, shall collect
8  from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions
9  of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment
10 to be clearly identified by the name and number assigned to this action;

11       4.    Thereafter, the director of the agency referenced above, or a designee, shall
12 collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly
13 payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the
14 preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to
15 the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28
16 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such
17 payments to be clearly identified by the name and number assigned to this action;

18       5.    The Clerk of the Court is directed to serve a copy of this order and a copy
19 of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

20       6.    The Clerk of the Court is further directed to serve a copy of this order on
21 the Financial Department of the Court.

23 Dated:  January 28, 2022

                                            _____
                                            DENNIS M. COTA
                                            UNITED STATES MAGISTRATE JUDGE