IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | No. 2:21-CV-2348-WBS-DMC-P<br><br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 17, for reconsideration of the Magistrate Judge's order, ECF No. 15, denying counsel.

   Pursuant to Eastern District of California Local Rule 303(f), a Magistrate Judge's order shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the Magistrate Judge's ruling was clearly erroneous or contrary to law. The order at ECF No. 15 is, therefore, affirmed.

/ / /

/ / /

/ / /

/ / /

1    Accordingly, IT IS HEREBY ORDERED that:

        1.    The motion for reconsideration, ECF No. 17, is denied; and

        2.    The Magistrate Judge's order at ECF No. 15 is affirmed.

Dated: October 4, 2022

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE