# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON, | No. 2:21-CV-2348-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| KATHLEEN ALLISON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On February 9, 2023, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Plaintiff has alleged no facts to suggest that the fact he contacted Covid-19 was the result of any deliberate indifference to a serious medical need on the part of any of the

defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 9, 2023, are adopted in full;

2. Defendants' request for judicial notice, ECF No. 30-2, is granted;

3. Defendants' motion to dismiss, ECF No. 30, is granted;

4. Plaintiff's complaint, ECF No. 1, is dismissed with leave to amend;

5. Plaintiff's amended complaint, filed on February 23, 2023, and labeled "fourth amended complaint," is deemed timely and to be the operative pleading;

6. Defendants shall file a response to Plaintiff's amended complaint within 30 days of the date of this order; and

7. The matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated: March 29, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE